FILED IN CHAMBERS
U.S.D.
JUN 15 2012
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 1:11-CR-547-ODE-ECS |
| CURTIS WILLIAMS | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 1:12-CR-080-ODE-ECS |
| CURTIS WILLIAMS | : | |

ORDER

These cases are before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III [Doc. 19] recommending that the two cases referenced herein be consolidated for pretrial, subject to possible later severance for trial purposes.

It appearing that no objections have been filed, the Report and Recommendation is ADOPTED. The Court notes that this does not mean that the court files will be consolidated. Two separate files will be maintained.

SO ORDERED this 15 day of June, 2012.

ORINDA D. EVANS
UNITED STATES DISTRICT COURT